Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

_____ Division

| | |
|---|---|
| Michael J. Hall, MD <br> Cindy Mattson, ESQ <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Antony S. Fauci, MD <br> Govenor Richard Lynn Scott <br> Mayor Carlos A. Jiminez <br> Deputy Mayor Alina T. Hudak <br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) Case No. _____ <br> ) *(to be filled in by the Clerk's Office)* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Emergency COMPLAINT AND REQUEST FOR INJUNCTION

*("Emergency" handwritten before the title)*

### I.  The Parties to This Complaint

####   A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael J. Hall, MD, M.Sc, PA, DABFM |
| Street Address | 1680 Meridian Ave., Suite 601 |
| City and County | Miami Beach, Miami Dade |
| State and Zip Code | Florida, 33139 |
| Telephone Number | 305-672-4733 |
| E-mail Address | mjhallmd@me.com |

####   B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

_____ Division

| | |
|---|---|
| Michael J. Hall, MD<br>Cindy A. Mattson, ESQ<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br>Antony S. Fauci, MD<br>Govenor Richard Lynn Scott<br>Mayor Carlos A. Jiminez<br>Deputy Mayor Alina T. Hudak<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## *Emergency* COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cindy A. Mattson, ESQ |
| Street Address | 1700 Meridian Ave., Apt 403 |
| City and County | Miami Beach, Miami Dade |
| State and Zip Code | Florida, 33139 |
| Telephone Number | 786-208-3333 |
| E-mail Address | cmattson@eeocconsultants.com |

    **B.   The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Dr. Anthony S. Fauci, MD |
| Job or Title *(if known)* | Director, NIH Allergy and Infectious Disease Division |
| Street Address | BG 31 RM 7A03 31 Center Dr. |
| City and County | Bethesda, Montgomery County |
| State and Zip Code | Maryland 20814 |
| Telephone Number | 301-496-2263 |
| E-mail Address *(if known)* | anthony.fauci@nih.gov |

Defendant No. 2

| | |
|---|---|
| Name | Hon. Richard Lynn Scott |
| Job or Title *(if known)* | Govenor of Florida |
| Street Address | The Capitol 400 South Monroe Street |
| City and County | Tallahassee, |
| State and Zip Code | Florida, 32399-0001 |
| Telephone Number | 850-488-7146 |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Hon. Carlos A. Jimeniz |
| Job or Title *(if known)* | Mayor of Miami |
| Street Address | Stephen P. Clark Center 111 N.W. 1st Street, 29th Floor |
| City and County | Miami, Miami - Dade |
| State and Zip Code | Florida, 33128 |
| Telephone Number | 305-375-5071 |
| E-mail Address *(if known)* | mayor@miamidade.gov |

Defendant No. 4

| | |
|---|---|
| Name | Hon. Alina T. Hudak |
| Job or Title *(if known)* | Deputy Mayor of Miami |
| Street Address | Stephen P. Clark Center 111 N.W. 1st Street, 29th Floor |
| City and County | Miami, Miami - Dade |
| State and Zip Code | Florida, 33128 |
| Telephone Number | 305-375-5071 |
| E-mail Address *(if known)* | deputymayor@miamidade.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

September 2016, October 2016 and June 2017, the State of Florida with a US federal government (NIH, CDC) mandate under a emergency use authorization (EUA) sprayed a known human neurotoxic, carcinogen, and environmental toxin, Naled (Dibrom) and did not follow EPA guidance. It is currently under registration review under Section 18 of Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) under Title 40 of the Code of Federal Regulations, part 166). As well, 1st and 11th

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

September 2016, October 2016 and June 2017, the State of Florida with a US federal government (NIH, CDC) mandate under a emergency use authorization (EUA) sprayed a known human neurotoxic, carcinogen, and environmental toxin, Naled (Dibrom) and did not follow EPA guidance. It is currently under registration review under Section 18 of Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) under Title 40 of the Code of Federal Regulations, part 166). As well, further infringement of the

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.    Where did the events giving rise to your claim(s) occur?
        Aerial, aquatic and terrestrial environment of Miami - Dade County, Miami, Florida

   B.    What date and approximate time did the events giving rise to your claim(s) occur?
        Fall of 2016, September and October, Summer of 2017, June

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiffs claim that they possess liberty and property interests which have been infringed by the US federal government, e.g., NIH, CDC, State of Florida without due process of law, and adherence to EPA guidance as it pertains to the use of Naled (Dibrom), a known neurotoxin and carcinogen among human beings. The right to be free from grave bodily injury, known or surmised by science, received by contact with the Naled (Dibrom) constitutes the liberty interest, while the property interest asserted concerns plaintiffs' living environs and environmental surroundings which become contaminated by the Naled (Dibrom) and remain a threat to life, liberty and the pursuit of happiness. Plaintiffs allege the notice of the dates and times of intended applications is inadequate in that it is not tailored to reach the the most vulnerable of society, i.e., schools, homeless, etc. and does not adequately inform them of the effects of the spray. The spraying continues throughout Miami - Dade county.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiffs contend that since the US federal government and State of Florida is creating an imminent danger to plaintiffs, it has created a special relationship with plaintiffs that requires the US federal government and State of Florida to protect plaintiffs. There are clear and human and environmental risk associated with Naled (Dibrom) use and recent studies indicate, risk of autism and cancer being elevated among populations that have been exposed to Naled (Dibrom). When the State puts a person in danger, the Due Process Clause requires the state to protect him to the extent that the State's actions have put the person at an increased risk. Archie v. City of Racine, 847 F.2d 1211, 1223 (7th Cir.1988); Youngberg v. Romeo, 457 U.S. 307, 315, 102 S. Ct. 2452, 2457, 73 L. Ed. 2d 28 (1982). Plaintiffs accuse defendant of continuing to spray Naled (Dibrom) without making any provision for its potential health effects and therefore engaging in a policy "that he has ample reason to know may cause needless physical injury." Citing Rutherford v. City of Berkeley, 780 F.2d 1444, 1446 (9th Cir.1986), plaintiffs assert that defendant's policy "can fairly be characterized as intentional, unjustified, brutal and offensive to human dignity." The only assertion without dispute is the intentional nature of Naled use and it's flagrant disregard for unintentional consequences.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs have been in contact with Antony Fauci, MD, Deputy Mayor Alina Hudak and Gov. Richard Scott, EPA and FDA and have reasonable evidence that the comments and responses to questions from all parties form a united front to endeavor to use a known neurotoxin and carcinogen over a large human population. Although the use of Naled is being reviewed by the EPA and it has been banned in Europe and is reprobate in California, the actions to use it to combat an insect vector that can be managed in a equally lethal and less damaging human and environmental manner amount to criminal negligence. The defendants actions are not so much based in science, but in fear and pray upon the general population. Plaintiffs respectfully request the court to suspend all further Naled (Dibrom) use and to review all relevant health impact data, e.g., (autism link per S. Hicks) and gather professional opinion on best practices for insect vector abatement and decide of a safe and satisfactory remedy while properly adhering to US laws and Constitution.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28 June 2017

Signature of Plaintiff

Printed Name of Plaintiff   Michael J Hall, MD, MSc., PA, DABFM.

*[Stamp: MICHAEL J. HALL, MD, MSc, PA, DABFM / HALL LONGEVITY CLINIC / 1680 Meridian Ave., Suite 601 / Miami Beach, Florida 33139 / (305) 672-4733 / DEA # BH4585331 / FL Lic. # ME82850]*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address