UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-22419-CIV-MORENO**

MICHAEL J. HALL, MD, and CINDY
MATTSON, ESQ.,

      Plaintiffs,

vs.

ANTONY S. FAUCI, MD, GOVERNOR
RICHARD LYNN SCOTT, MAYOR
CARLOS A. JIMENEZ, and DEPUTY
MAYOR ALINA T. HUDAK,

      Defendants.
_____/

## ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that Plaintiffs' Emergency Amended Complaint and Request for Injunction is DISMISSED for the reasons stated in open court. Plaintiffs are granted leave to file a Second Amended Complaint no later than **September 12, 2017**. If Plaintiffs' fail to file a new complaint by this deadline, the Court may dismiss the case. Further, it is

**ADJUDGED** that Plaintiffs' Emergency Motion for Injunction **(D.E. 5)**, filed on June 30, 2017, is DENIED AS MOOT.

DONE AND ORDERED in open court at Miami, Florida, this 12th of July 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Michael Hall, MD
1680 Meridian Ave # 601
Miami Beach, Fla 33139
mjhallmd@me.com